RAZ LAZARUS AZAREL NAZARI, )
Foreign Sovereign-Freeman, Public )
Minister, a/k/a Public Minister )
Bruce Bernard Townsend, )
)
    Plaintiff, )
) CASE NO. CV409-015
v. )
)
UNITED STATES FEDERAL )
PROBATION/USPO, )
)
    Defendant. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which no objections have been filed. After a careful de novo review of the record, the Court **ADOPTS** as its opinion the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's Complaint is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 11th day of May, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA